**Eric S. TORRES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 18, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**